

# Missouri Court of Appeals
## Southern District

**OCTOBER 19, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1. Case No. SD33493

    Re:   TOMMIE LEE CASSEL,
          Movant-Appellant,
          vs.
          STATE OF MISSOURI,
          Respondent-Respondent.